UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PLASTIC FUSION FABRICATORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:17-CV-267-BR** |
| | ) | |
| DAM-IT DAMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion to dismiss is
GRANTED, and this case is DISMISSED WITHOUT PREJUDICE.

**This Judgment Filed and Entered on January 9, 2018, and Copies To:**

| | |
|---|---|
| Lowell D. Snorf, III | (via CM/ECF electronic notification) |
| Joseph E. Wall | (via CM/ECF electronic notification) |
| Lori Peoples Jones | (via CM/ECF electronic notification) |
| Jennifer A. Welch | (via CM/ECF electronic notification) |

DATE:                                                    PETER A. MOORE, JR., CLERK

January 9, 2018                                    (By)  /s/ Nicole Briggeman

                                                              Deputy Clerk